## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JON ARTHUR ANGELETTI and**
**SANDI D. ANGELETTI,**                                                    **PLAINTIFFS**

**V.**                          **CASE NO: 3:08CV00179 BSM-JJV**

**NICOLE SMITH and WERNER**
**ENTERPRISES, INC.,**                                                    **DEFENDANTS**

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through their attorneys of record, announce that the matters in controversy have been settled and that this cause should be dismissed, with prejudice, at the cost of the defendants, (costs assessed shall not include any discretionary costs, defendants are to pay only the costs of the Clerk with any other costs to be borne by plaintiffs).

Accordingly, the plaintiffs' case is dismissed with prejudice, at the cost of the Defendants, (costs assessed shall not include any discretionary costs, defendants are to pay only the costs of the Clerk with any other costs to be borne by Plaintiffs) for which let execution issue, if needed.

IT IS SO ORDERED this 16th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

/s/  John Houseal
JOHN HOUSEAL (D#2003207)  -  *COUNSEL FOR PLAINTIFFS*
**Easley & Houseal, P.A.**
P.O. Box 1115
510 East Cross Street
Forrest City, Arkansas 72335
(P:  1-870-633-1447)
(F:  1-870-633-1687)


/s/  Shaun Hair
SHAUN HAIR (#2003107)  -  *COUNSEL FOR PLAINTIFFS*
Attorney At Law
1225 Highway 77, #7
Marion, Arkansas 72364
(P:  1-870-732-8787)
(F:  1-870-732-8890)


/s/  Carl Wyatt
CARL WYATT (D#12304)  -  *COUNSEL FOR DEFENDANTS*
**Glassman, Edwards, Wade & Wyatt, P.C.**
26 North Second Street
Memphis, Tennessee 38103
(P:  1-901-527-4673)
(F:  1-901-527-5320)
(OUR FILE:     #08-527Z)